UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH LYNCH,

    Plaintiff,

v.

NATIONS RECOVERY CENTER, INC.,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JOSEPH LYNCH, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, NATIONS RECOVERY CENTER, INC., is a professional corporation and citizen of the State of Georgia with its principal place of business at 6491 Peachtree Industrial Boulevard, Doraville, Georgia 30360.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.    Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

> <u>June 24, 2010 at 1:28 PM</u>
> This message is intended for Joseph M. Lynch. My name is Ms. Ameris. I'm calling in regards to pending claims which are being processed by my office for an internal investigation against you in the state of Florida. You have not responded to a letter that was sent out to your home address advising of this. In regards to a prior message about sir you (inaudible) response on your behalf. We will be having this transmitted out within a couple of days to Broward County. Now if you've retained legal counsel, I do need that information as this is something you intend privately, I do need you to respond to this message. Since it can be resolved privately, since this has not

been transmitted yet. My telephone number that you may respond back to is 770-234-0101, extension 2034. Thank you.

July 6, 2010 at 9:50 AM
This message is intended for Joseph M. Lynch. Mr. Lynch, several messages have been left for you which you have not responded. Advising you in regards to a claim which is being processed by my office for internal investigation against you. You have not responded to none of the messages nor to the letter that was sent out to your home address. Now, I need you to now respond to the claim that this is something you cannot intend to resolve privately, therefore, we will be having this transmitted now. This is your last courtesy call. I need you to get in contact with my office immediately. My telephone number you may contact me back is 770-234-0101 at extension 2034. 770-234-0101, extension 2034. Thank you.

July 30, 2010 at 4:42 PM
Hi, this message is for Joseph Lynch. Joseph, this is Ebony Green. I'm calling in regards to file number 2273991. It is imperative that I do speak with you. My call back number here is 800-935-1139. My direct extension here is 3042. This is communication from a debt collector. This is an attempt to collect a debt.

August 19, 2010 at 2:31 PM
Hello, Joseph Lynch. My name is David Rogue. It's imperative that you return my phone call. I'm calling in regards to a very important matter that you need to be aware of and concerned about. There's no reason to ignore or avoid, feel reluctant or intimidated to speak with me regarding this matter. I'm referring to your file number 2273991. This file number is pertaining to a confidential business matter attached to your name and social security number. Therefore, requires your immediate attention. Joseph, I am the mediator regarding this matter. The number I can be reached is 1-800-935-1139. My extension is 3034. Although this is an attempt by a debt collector to collect a debt, Joseph, my new supervision as mediator allows for me to work with you and help offer you the best solutions available to help you manage and resolve this issue. It is imperative that you do open up the lines of communication. A return phone call itself will help prevent this matter from escalating to a different level. My number again is 1-800-935-1139, extension 3034.

August 27, 2010 at 12:31 PM

Hello, this is a very important call for Joseph Lynch. Joseph, my name is David Rogue. It's imperative that you return my phone call. This is my third documented attempt to reach you. This call's regarding a very important matter that you need to be aware of and concerned about. Your file number I'm referring to is 2273991. This file number's pertaining to a confidential business matter attached to your name and social security number. Therefore, it requires your immediate attention. The number I could be reached is 1-800-935-1139. My extension is 3034.

<u>September 3, 2010 at 9:55 AM</u>
Hello, Joseph Lynch. This is David Rogue. I'm calling from Nations Recovery Center. It's imperative that you return my phone call. This is my third documented attempt to reach you. There's no reason to ignore, avoid or feel intimidated to speak with me regarding this matter. The number I could be reached is 1-800-935-1139. My extension is 3034. Although this is an attempt by a debt collector to collect a debt, my new supervision as mediator allows for me to work with you and help offer you the best solutions available to help you manage or resolve this issue. The number again is 1-800-935-1139, extension is 3034.

<u>October 8, 2010 at 12:03 PM</u>
Yes, good afternoon Mr. Lynch. Hi Joseph, uh, this is Marie Chin here and the (inaudible) but I have to inform you in reference to the Federal Law in the state of Florida on article 95-109, this has been a complaint filed that has your name briefed on it regarding 2273991. Case number 0010126. It is a recommendation because all of your personal information at 9061 Sunshine, 10th of March, its up for review. Before I render my decision, uh, Joe, I do need a statement in your behalf. This may have been an oversight on your part, I don't know. But, I would like for you to know that you do have options here and I would like to present them to you. This is not a sales pitch nor a sales call. I do need a statement from you or your legal advisor. I have a toll-free number which is 1-800-935-1139. Use extension 3048 and ask to speak Ms. Chin, C-H-I-N. Should you not to respond, a decision will be rendered without your input of course, which would not be in your favor. Good luck Joe.

11.   Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

4

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

                By: <u>s/ Donald A. Yarbrough</u>
                   Donald A. Yarbrough, Esq.
                   Florida Bar No. 0158658