UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cv-62170–CV–WILLIAMS

JOSEPH LYNCH

    Plaintiff,

vs.

NATIONS RECOVERY CENTER, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE

On October 19, 2011, Plaintiff filed a request for dismissal of this case with prejudice. The notice is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(I). No answer has been filed in response to the complaint. Because Plaintiff has exercised its right to voluntarily dismiss the complaint under Rule 41(a)(1)(A)(1), this case is terminated. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes.

DONE AND ORDERED in chambers in Miami, Florida, this 20th day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record